# Order

Michigan Supreme Court
Lansing, Michigan

January 20, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

160827

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JONATHAN JOSEPH GOOD,
      Defendant-Appellant.

SC: 160827
COA: 349268
Mecosta CC: 08-006437-FC

_____/

By order of July 31, 2020, the prosecuting attorney was directed to answer the application for leave to appeal the October 23, 2019 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration, as on leave granted, of (1) whether the defendant, by filing a Standard 4 supplemental brief on direct appeal, waived his right to claim ineffective assistance of appellate counsel in proceedings under MCR Subchapter 6.500; (2) whether the Court of Appeals decided the defendant's restitution and sentencing grounds for relief against him in the prior appeal, MCR 6.508(D)(2); and (3) if not, whether the defendant is entitled to relief from judgment on these grounds for relief. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.

On remand, while retaining jurisdiction, the Court of Appeals shall remand this case to the Mecosta Circuit Court and direct that court to appoint counsel to represent the defendant in the Court of Appeals. Because the State Appellate Defender Office and Laurel Kelly Young represented the defendant in prior appellate proceedings, neither may be appointed as appellate counsel.

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 20, 2021



s0113

Clerk